IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CORISSA SCHWARTZ,**

     **Petitioner,**

v.               Case No. 25-CV-00860-SPM

**T. LILLARD,**
**Warden,**

     **Respondent.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 17, 2025 (Doc. 11), this matter is **DISMISSED without prejudice**.

**DATED: July 17, 2025**

              MONICA A. STUMP,
              **Clerk of Court**


              By: *s/ Jackie Muckensturm*
                **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
       **STEPHEN P. MCGLYNN**
       **U.S. District Judge**